1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

SANDRA GRAY,

              Plaintiff,

    v.

CITY OF FRESNO et al.,

              Defendants.

_____/

CASE NO. 1:12-cv-01128-LJO-SKO

RELATED CASE: 1:12-cv-428-LJO-SKO

**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS**

(Docket No. 2, 4)

      Plaintiff Sandra Gray filed a complaint on July 10, 2012, and filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 on July 11, 2012.  (Doc. 2.)  Plaintiff  filed an amended application to proceed *in forma pauperis* on July 13, 2012.  (Doc. 4.)  Plaintiff's amended application demonstrates entitlement to proceed without prepayment of fees.  Accordingly, IT IS HEREBY ORDERED that Plaintiff's amended application to proceed *in forma pauperis* is GRANTED.

IT IS SO ORDERED.

**Dated:   July 13, 2012**          _____/s/ Sheila K. Oberto_____
                          UNITED STATES MAGISTRATE JUDGE