1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

## EASTERN DISTRICT OF CALIFORNIA

9
10

SANDRA GRAY,

CASE NO. 1:12-cv-01128-LJO-SKO

RELATED CASE: 1:12-cv-428-LJO-SKO

11
                    Plaintiff,

**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS**

12
13

    v.

14
15

CITY OF FRESNO et al.,

(Docket No. 2, 4)

16
                    Defendants.
17
_____/

18
19

        Plaintiff Sandra Gray filed a complaint on July 10, 2012, and filed an application to proceed

20

*in forma pauperis* pursuant to 28 U.S.C. § 1915 on July 11, 2012.  (Doc. 2.)  Plaintiff  filed an

21

amended application to proceed *in forma pauperis* on July 13, 2012.  (Doc. 4.)  Plaintiff's amended

22

application demonstrates entitlement to proceed without prepayment of fees.  Accordingly, IT IS

23

HEREBY  ORDERED  that  Plaintiff's  amended  application  to  proceed  *in forma  pauperis*  is

24

GRANTED.

25

IT IS SO ORDERED.

**Dated:    July 13, 2012**            _____/s/ Sheila K. Oberto_____
26
                                        UNITED STATES MAGISTRATE JUDGE
27
28