# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS SANCHEZ, | CASE NO. 1:12-cv-00428-LJO-SKO |
| Plaintiff, | **Related Cases**:<br>No. 1:12-cv-00429-LJO-SKO<br>No. 1:12-cv-00430-LJO-SKO |
| v. | No. 1:12-cv-00431-LJO-SKO<br>No. 1:12-cv-00432-LJO-SKO<br>No. 1:12-cv-00434-LJO-SKO<br>No. 1:12-cv-00436-LJO-SKO |
| CITY OF FRESNO, et al., | No. 1:12-cv-00439-LJO-SKO<br>No. 1:12-cv-00448-LJO-SKO<br>No. 1:12-cv-00528-LJO-SKO |
| Defendants. | No. 1:12-cv-01117-LJO-SKO<br>No. 1:12-cv-01118-LJO-SKO<br>No. 1:12-cv-01119-LJO-SKO<br>No. 1:12-cv-01120-LJO-SKO<br>No. 1:12-cv-01121-LJO-SKO<br>No. 1:12-cv-01122-LJO-SKO<br>No. 1:12-cv-01123-LJO-SKO<br>No. 1:12-cv-01124-LJO-SKO<br>No. 1:12-cv-01125-LJO-SKO<br>No. 1:12-cv-01126-LJO-SKO<br>No. 1:12-cv-01128-LJO-SKO<br>No. 1:12-cv-01130-LJO-SKO<br>No. 1:12-cv-01132-LJO-SKO<br>No. 1:12-cv-01133-LJO-SKO<br>No. 1:12-cv-01134-LJO-SKO<br>No. 1:12-cv-01136-LJO-SKO<br>No. 1:12-cv-01137-LJO-SKO<br>No. 1:12-cv-01138-LJO-SKO<br>No. 1:12-cv-01139-LJO-SKO<br>No. 1:12-cv-01161-LJO-SKO<br>No. 1:12-cv-01162-LJO-SKO<br>No. 1:12-cv-01166-LJO-SKO<br>No. 1:12-cv-01215-LJO-SKO |
| _____ / | **ORDER CONSOLIDATING CASES** |

On August 1, 2012, the parties filed a stipulation indicating, *inter alia*, the parties were in agreement that the cases related to this matter should be consolidated for all pretrial purposes. Based

1  on the parties' stipulation, and because the Court finds that consolidation promotes judicial
2  efficiency, the following cases shall be consolidated pursuant to Federal Rule of Civil Procedure 42:
3      (1)   *Deen et al. v. City of Fresno, et al.*, No. 1:12-cv-00429-LJO-SKO
4      (2)   *Valenzuela v. City of Fresno, et al.*, No. 1:12-cv-00430-LJO-SKO
5      (3)   *Idell v. City of Fresno, et al.*, No. 1:12-cv-00431-LJO-SKO
6      (4)   *Gray, et al. v. City of Fresno, et al.*, No. 1:12-cv-00432-LJO-SKO
7      (5)   *Calmer, et al. v. City of Fresno, et al.*, No. 1:12-cv-00434-LJO-SKO
8      (6)   *Graham v. City of Fresno, et al.*, No. 1:12-cv-00436-LJO-SKO
9      (7)   *Williams v. City of Fresno, et al.*, No. 1:12-cv-00439-LJO-SKO
10     (8)   *Soto v. City of Fresno, et al.*, No. 1:12-cv-00448-LJO-SKO
11     (9)   *Subia, et al. v. City of Fresno, et al.*, No. 1:12-cv-00528-LJO-SKO
12     (10)  *Anderson v. City of Fresno, et al.*, No. 1:12-cv-01117-LJO-SKO
13     (11)  *Montgomery v. City of Fresno, et al.,* No. 1:12-cv-01118-LJO-SKO
14     (12)  *Frazier v. City of Fresno, et al.,* No. 1:12-cv-01119-LJO-SKO
15     (13)  *Valenzuela v. City of Fresno, et al.*, No. 1:12-cv-01120-LJO-SKO
16     (14)  *Randle v. City of Fresno, et al*., No. 12-cv-01121-LJO-SKO
17     (15)  *Dorsey v. City of Fresno, et al.,* No. 1:12-cv-01122-LJO-SKO
18     (16)  *Ward v. City of Fresno, et al*., No. 1:12-cv-01123-LJO-SKO
19     (17)  *Heager v. City of Fresno, et al.,* No. 1:12-cv-01124-LJO-SKO
20     (18)  *Jones v. City of Fresno, et al.*, 1:12-cv-01125-LJO-SKO
21     (19)  *Bufford v. City of Fresno, et al.,* 1:12-cv-01126-LJO-SKO
22     (20)  *Gray v. City of Fresno, et al.,* 1:12-cv-01128-LJO-SKO
23     (21)  *Butler v. City of Fresno*, *et al.*, 1:12-cv-01130-LJO-SKO
24     (22)  *Lowe v. City of Fresno*, *et al.*, 1:12-cv-01132-LJO-SKO
25     (23)  *Brown v. City of Fresno*, *et al.,* 1:12-cv-01133-LJO-SKO
26     (24)  *Picazo v. City of Fresno, et al.,* 1:12-cv-01134-LJO-SKO
27     (25)  *Collins v. City of Fresno, et al.*, 1:12-cv-01136-LJO-SKO
28     (26)  *Galvan v. City of Fresno, et al*., 1:12-cv-01137-LJO-SKO

|   |   |   |
|---|---|---|
| (27) | *Gilliam v. City of Fresno, et al.*, | 1:12-cv-01138-LJO-SKO |
| (28) | *Sims v. City of Fresno, et al.*, | 1:12-cv-01139-LJO-SKO |
| (29) | *Hernandez v. City of Fresno, et al.*, | 1:12-cv-01161-LJO-SKO |
| (30) | *Santa Rosa et al. v. City of Fresno, et al.*, | 1:12-cv-01162-LJO-SKO |
| (31) | *Hicks v. City of Fresno, et al.,* | 1:12-cv-01166-LJO-SKO; |
| (32) | *Hackett v. City of Fresno, et al.*, | 1:12-cv-01215-LJO-SKO |

*Sanchez v. City of Fresno, et al.,* Case No. 1:12-cv-00428-LJO-SKO, shall be designated as the "lead" case, and the remaining consolidated cases shall be administratively closed.

Accordingly, IT IS HEREBY ORDERED that all cases related to Case No. 1:12-cv-00428-LJO-SKO, as identified above, shall be consolidated for all pretrial purposes.

IT IS SO ORDERED.

**Dated:   August 24, 2012**            /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE